IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CAMERON E. HAMILTON,
    Petitioner,

        v.                                              Civil No. 3:20cv67 (DJN)

UNKNOWN,
    Respondent.

**MEMORANDUM OPINION**

This matter comes before the Court on its own initiative. By Memorandum Order entered on February 27, 2020, the Court informed Petitioner Cameron Hamilton ("Petitioner") that if he wished to pursue a habeas action that he must complete and return the 28 U.S.C. § 2254 form. (ECF No. 2.) On April 6, 2020, the United States Postal Service returned the February 27, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE NO LONGER IN FACILITY." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal if party fails to prosecute or fails to comply with rules or court orders). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall issue.

The Clerk is directed to file this Memorandum Opinion electronically and send a copy to Petitioner.

                                                   /s/

                                 David J. Novak

Richmond, Virginia                 United States District Judge
Date: <u>May 4, 2020</u>